UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAUI HOPE,<br><br>    Plaintiff,<br><br>v.<br><br>EMBASSY OF THE UNITED STATES, DUSHANBE, et al.,<br><br>    Defendants | Civil Action No. 25-0654 (SLS) |

## NOTICE OF APPEARANCE

Defendants respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Tabitha Bartholomew, on behalf of the Defendants in this matter.

Dated: May 28, 2025
      Washington, DC

Respectfully submitted,

By: */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*