Timothy A. Gambacorta
AZ Bar No. 028460
IL Bar No. 6279115
Counsel for the Plaintiff

The Gambacorta Law Office, Inc.
5250 Old Orchard Road, Suite 300
Skokie, Illinois 60077
Tel: 847-786-2599
Fax: 847-786-2612
Email: tim@gambacortalaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUI HOPE, | Civil Action No. 25-0654 (SLS) |
| Plaintiff, | |
| vs. | Agency Case No.: IOE8518935460 |
| **EMBASSY OF THE UNITED STATES, DUSHANBE**, et al., | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | |

Plaintiff, MAUI HOPE, by and through undersigned counsel, The Gambacorta Law Office, Inc., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court for an extension of time to file a response to Defendant's Motion to Dismiss. In support thereof states as follows:

1.     On May 30, 2025, Defendant filed a Motion to Dismiss based on the doctrine of consular nonreviewability.

2.     Plaintiff's response to Defendant's Motion to Dismiss is currently due on June 13, 2025.

3.      The issues raised in Defendant's Motion require thorough analysis and research, particularly concerning potential avenues to survive the motion to dismiss under the doctrine of consular nonreviewability.

4.      Plaintiff respectfully requests an extension of 14 days, up to and including June 27, 2025, to adequately prepare and file a response.

5.      This request is made in good faith and not for the purpose of delay. Granting this motion will not prejudice the Defendant as it merely seeks to ensure a full and fair opportunity to address the legal arguments raised.

**WHEREFORE**, Plaintiff Maui Hope respectfully requests that this Court grant an extension of time up to and including July 27, 2025, to file a response to Defendant's Motion to Dismiss, and for such other relief as this Court deems just and proper.

**DATED:** June 11, 2025

Respectfully submitted,

On behalf of:
Plaintiff Maui Hope
Ms. Andrea Rodgers
Mr. Shavkat Hoshimov

_____
Timothy A. Gambacorta
Attorney at Law

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUI HOPE, | Civil Action No. 25-0654 (SLS) |
| Plaintiff, | |
| | Agency Case No.: IOE8518935460 |
| vs. | |
| **EMBASSY OF THE UNITED STATES, DUSHANBE**, et al., | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | |

## <u>PROPOSED ORDER</u>

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss:

It is ORDERED that Plaintiff's motion is _____;


SO ORDERED:


_____
Date

_____
SPARKLE L. SOOKNANAN
U.S. District Court Judge

Timothy A. Gambacorta
AZ Bar No. 028460
IL Bar No. 6279115
Counsel for the Plaintiff

The Gambacorta Law Office, Inc.
5250 Old Orchard Road, Suite 300
Skokie, Illinois 60077
Tel: 847-786-2599
Fax: 847-786-2612
Email: tim@gambacortalaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAUI HOPE, | Civil Action No. 25-0654 (SLS) |
| Plaintiff, | |
| vs. | Agency Case No.: IOE8518935460 |
| **EMBASSY OF THE UNITED STATES, DUSHANBE**, et al., | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | |

**PROOF OF SERVICE**

Timothy A. Gambacorta, an attorney, hereby certifies that in accordance with Fed. R. Civ. P. 4(l), I can attest, that the following document: "Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss" (and all supporting exhibits) was served electronically through PACER (see attached Electronic Delivery Confirmation) on June 11, 2025, upon:

**Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Secretary of Homeland Security**
Kristi Noem
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**<u>United States Attorney's Office (District of Columbia)</u>**
601 D Street, NW
Washington, DC


Respectfully submitted,

On behalf of:
Plaintiff Maui Hope


_____

Timothy A. Gambacorta
Counsel for the Plaintiff