**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAUI HOPE,

*Plaintiff*,

v.

EMBASSY OF THE UNITED STATES, DUSHANBE, *et al.*,

*Defendants*.

Civil Action No. 25-654 (SLS)
Judge Sparkle L. Sooknanan

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 17, the Court **GRANTS** the Defendants' Motion to Dismiss, ECF No. 11, and **DENIES** as moot the Plaintiff's Motion to Strike, ECF No. 14. The Court **ORDERS** that the Plaintiff's Complaint is dismissed. The Court directs the Clerk of the Court to terminate this case from the active docket.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: December 19, 2025